LAW OFFICES
**GRAHAM • VAAGE LLP**
500 NORTH BRAND BOULEVARD
SUITE 1030
**GLENDALE, CALIFORNIA 91203**
(818) 547-4800  FAX: (818) 547-3100

**Susan L. Vaage, SBN 83125**
e-mail: svaage@grahamvaagelaw.com
**Miguel A. Ortiz, SBN 245137**
e-mail: mortiz@grahamvaagelaw.com

Attorneys for Creditor, Pacific Capital Bancorp

FILED & ENTERED

MAR 03 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ogier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JACK R. BURRELL and HOLLY M. BURRELL,<br><br>　　　　　　　　　　Debtors.<br><br>———————————————<br><br>PACIFIC CAPITAL BANCORP, N.A., doing business as SANTA BARBARA BANK & TRUST,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>JACK R. BURRELL and HOLLY M. BURRELL,<br><br>　　　　　　　　　　Defendants. | **Chapter 7**<br><br>**CASE NO. 1:08-bk-12308-GM**<br><br>**ADV. NO. 08-1490-GM**<br><br>**ORDER FOR JUDGMENT OF NON-DISCHARGEABILITY OF DEBT** |

<u>ORDER</u>

Upon the filing of the Stipulation for Judgment of Non-dischargeability of Debt, and good cause appearing therefore:

///

///

1

1 IT IS HEREBY ORDERED that Plaintiff, Pacific Capital Bancorp dba Santa Barbara Bank
2 & Trust shall have judgment entered in its favor and against Jack R. Burrell and Holly M. Burrell,
3 jointly and severally, in the principal amount of $100,000.00, plus interest accrued thereon at the
4 rate of the treasury constant maturity one year bill per annum from the date from February 24, 2009
5 until paid in full.

7 ###

DATED: March 3, 2009

_____
United States Bankruptcy Judge

2

[Proposed] Order for Judgment of　　　　　　　　　　　　　In re Jack R and Holly M. Burrell
Non-Dischargeability of Debt　　　　　　　　　　　　　　　USBC Case No.: 1:08-bk-12308-GM

| **In re:** JACK R. BURRELL AND HOLLY M. BURRELL | **CHAPTER:** 7 |
|---|---|
| Debtors. | **CASE NUMBER:** 1:08-bk-12308-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document described [PROPOSED] ORDER FOR JUDGMENT OF NONDISCHARGEABILITY OF DEBT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 24, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Trustee David Seror          pscion@mdfslaw.com, dseror@ecf.epiqsystems.com
United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
Attorney for Creditor Susan L Vaage   svaage@grahamvaagelaw.com
Attorney for Debtors David S Hagen    go4broq@earthlink.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 24, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**                    **Joint Debtor**
Jack R. Burrell               Holly M. Burrell
9018 Balboa Blvd., # 533      9018 Balboa Blvd., # 533
Northridge, CA 91325          Northridge, CA 91325

☐ Service information continued on attached page

GRAHAM . VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

3

[Proposed] Order for Judgment of                In re Jack R and Holly M. Burrell
Non-Dischargeability of Debt                    USBC Case No.: 1:08-bk-12308-GM

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/24/09 | LIZ MARQUEZ | /S/ LIZ MARQUEZ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**GRAHAM · VAAGE LLP**
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

4

[Proposed] Order for Judgment of                In re Jack R and Holly M. Burrell
Non-Dischargeability of Debt                    USBC Case No.: 1:08-bk-12308-GM

| **In re:** JACK R. BURRELL AND HOLLY M. BURRELL<br><br>Debtors. | **CHAPTER:** 7<br><br>**CASE NUMBER:** 1:08-bk-12308-GM |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER FOR JUDGMENT OF NONDISCHARGEABILITY OF DEBT was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Trustee David Seror           pscion@mdfslaw.com, dseror@ecf.epiqsystems.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Attorney for Creditor Susan L Vaage    svaage@grahamvaagelaw.com
Attorney for Debtors David S Hagen     go4broq@earthlink.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**Debtor**                      **Joint Debtor**
Jack R. Burrell                 Holly M. Burrell
9018 Balboa Blvd., # 533        9018 Balboa Blvd., # 533
Northridge, CA 91325            Northridge, CA 91325

*Left margin:* GRAHAM . VAAGE LLP
500 NORTH BRAND BOULEVARD, SUITE 1030
GLENDALE, CALIFORNIA 91203
(818) 547-4800  FAX (818) 547-3100

5

[Proposed] Order for Judgment of                In re Jack R and Holly M. Burrell
Non-Dischargeability of Debt                    USBC Case No.: 1:08-bk-12308-GM